IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Carlos Xavier Ross,

(Enter the full name of the plaintiff.)

FILED

AUG 18 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WEST DIST. OK
BY_____. DEPU

v.

Case No. CIV-25-931-JD
(Court Clerk will insert case number)

(1) Department of Corrections

(2) _____,

(3) _____.

(Enter the full name of each defendant.  Attach
additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.      You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space.  Where more space is needed to answer any question, you may attach a separate sheet.

2.      You must provide a full name for each defendant and describe where that defendant resides or can be located.

3.      You must send the original complaint and one copy to the Clerk of the District Court.

4.      You must pay an initial fee of $402 (including a $350 filing fee and a $52 administrative fee).  The complaint will not be considered filed until the Clerk receives the $402 fee or you are granted permission to proceed *in forma pauperis.*

5.      If you cannot prepay the $402 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis.  See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $52 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case**.

7.    The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1).  If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8.    If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide.  If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

I.    **Jurisdiction is asserted pursuant to:**

    _X_ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

    ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

    If you want to assert jurisdiction under different or additional statutes, list these below:

    _____

    _____

    _____

Rev. 10/20/2015

**II.    State whether you are a:**

X Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

___ Other (please explain) _____

**III.    Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

    1. Prior Civil Action/Appeal No. 1

       a.  Parties to previous lawsuit:

         Plaintiff(s):_____

         Defendant(s):_____

         _____

       b.  Court and docket number:_____

       c.  Approximate date of filing:_____

       d.  Issues raised: _____

         _____

         _____

       e.  Disposition (for example:  Did you win? Was the case dismissed? Was summary judgment entered against you?  Is the case still pending? Did you appeal?): _____

         _____

       f.  Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

## IV.    Parties to Current Lawsuit

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1.    Plaintiff

Name and any aliases: _Carlos Xavier Ross_

Address: _RRCC  8607  St  Flower Mound Rd_

Inmate No.: _624974_

2.    Defendant No. 1

Name and official position: _Warden_

Place of employment and/or residence: _Department of Corrections_

How is this person sued? (✓) official capacity, ( ) individual capacity, ( ) both

3.    Defendant No. 2

Name and official position: _Staff_

Place of employment and/or residence: _Department of Corrections_

How is this person sued? (✓) official capacity, ( ) individual capacity, ( ) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

6.  *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

<u>Claims</u>

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.  **Claim 1:**

(1)  List the right that you believe was violated:

My Eighth Admendment right

(2)  List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Department of Corrections

(3)    List the supporting facts:

I was on Oklahoma News and OETA and Social Media getting assualted and Maim

(4)    Relief requested: (State briefly exactly what you want the court to do for you.)

Grant Me recompensation in Nominal damages Compensatory damages Punitive damages

## 2.    Claim II:

(1)    List the right that you believe was violated:

First Admendment right

(2)    List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Department of Corrections

(3)    List the supporting facts:

I was on Oklahoma News and OETA and Social Media getting assaulted and maimed

(4)    Relief requested: (State briefly exactly what you want the court to do for you.)

Grant me recompensation in Nominal damage Compensatory damage Punitive damage

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI.    Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_____    _____8 - 14-25_____
Plaintiff's signature                    Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _14_ day of _August_, 20_25_.

_____    _____8 - 14-25_____
Plaintiff's signature                    Date

Rev. 10/20/2015