Carlos Ross #624474

RRCC 8607 SE Flower Mound Rd

Lawton, Ok 73501

OKLAHOMA CITY OK 730

15 AUG 2025 PM 5 L

1775 ★ 2025

USA ★ FOREVER ★

RECEIVED

AUG 18 2025

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Clerk, U.S. District Court
Western District of Oklahoma
200 N.W. 4th Street
Oklahoma City, OK 73102

**LEGAL MAIL**

AUG 15 2025

**LEGAL MAIL**

AUG 15 2025

73102-908702